In the Matter of GERSHON WISOTSKY, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Argued May 27, 1952; decided June 6, 1952.

*Charles S. Lubin* for appellant.

*Beatrice Shainswit* and *Robert H. Schaffer* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.